**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-20909-CV-WILLIAMS**

ZAIDA CALERO,

      Plaintiff,

v.

CITY WATCH PROTECTIVE
SERVICES INC.,

      Defendant.

_____/

## ORDER

    **THIS MATTER** is before the Court on Magistrate Judge Lisette M. Reid's Report and Recommendation (DE 24) ("***Report***") on Defendant's Motion to Dismiss Plaintiff's Complaint (DE 4) ("***Motion***"). In the Report, Magistrate Judge Reid recommends that the Court grant Defendant's Motion. (DE 24 at 1.) The Parties did not file any objections to the Report, and the time period to file objections has passed.

    Upon an independent review of the Report, the record, and applicable law, it is **ORDERED AND ADJUDGED** as follows:

1.  The Report (DE 24) is **AFFIRMED AND ADOPTED**.

2.  Defendant's Motion (DE 4) is **GRANTED**.

3.  Plaintiff's Complaint (DE 1-1) is **DISMISED WITHOUT PREJUDICE**.

4.  Plaintiff shall file an amended complaint within **FOURTEEN (14) DAYS** of the date of this Order. Failure to do so will result in dismissal of this matter.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>30th</u> day of August, 2023.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE